[No. 29729-9-II.   Division Two.   February 18, 2004.]

*In the Matter of the Welfare of* A.R.T.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. R.T., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-7-01193-8, Mary E. Dicke, J. Pro Tem., entered December 11, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29927-5-II.   Division Two.   February 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WIRTH, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00676-7, H. John Hall, J., entered January 15, 2003. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Houghton, J.; Morgan, J., dissenting. Now published in part at 121 Wn. App. 8.

[No. 21495-8-III.   Division Three.   February 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PRESTON LEON ASHE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01108-2, Michael E. Donohue, J., entered October 16, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21681-1-III.   Division Three.   February 19, 2004.]

ANN M. BYERS, *Respondent*, v. MICHAEL G. SWEENEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-05677-2, Linda G. Tompkins, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.